## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE**, *et al.*<br><br>       **Plaintiffs,**<br><br>  **v.**<br><br>**MPD COMMANDER JASON BAGSHAW**, *et al.*,<br><br>       **Defendants.** | **Civil Action No. 24-cv-02388-RCL** |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as counsel for Defendants Jason Bagshaw and the District of Columbia.

Dated:  October 9, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Civil Litigation Division
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7512
richard.sobiecki@dc.gov
*Counsel for Defendant*