# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**JASON BAGSHAW**, *et al.*,<br><br>    Defendants. | Civil Action No. 1:24-cv-02388 |

## NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Gregory Ketcham-Colwill on behalf of Defendants Jason Bagshaw and the District of Columbia in this matter.

Dated: October 10, 2024.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BRIAN L. SCHWALB
　　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　　STEPHANIE E. LITOS
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew R. Blecher*
　　　　　　　　　　　　　　　　　　　　　MATTHEW R. BLECHER [1012957]
　　　　　　　　　　　　　　　　　　　　　Chief, Equity Section, Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　　*/s/ Honey Morton*
　　　　　　　　　　　　　　　　　　　　　HONEY MORTON [1019878]
　　　　　　　　　　　　　　　　　　　　　Assistant Chief, Equity Section

　　　　　　　　　　　　　　　　　　　　　*/s/ Gregory Ketcham-Colwill*
　　　　　　　　　　　　　　　　　　　　　GREGORY KETCHAM-COLWILL [1632660]
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　400 6th Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 735-7572
　　　　　　　　　　　　　　　　　　　　　Email: gregory.ketcham-colwill@dc.gov