UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JASON BAGSHAW, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-02388-RCL |

## ORDER

Upon consideration of Defendants District of Columbia and Commander Jason Bagshaw's Consent Motion for an Extension of Time to Respond to the Complaint (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants District of Columbia and Commander Jason Bagshaw shall respond to the Complaint on or before December 20, 2024.

**SO ORDERED**.

Dated: _10/24/24_

_/s/ Royce C. Lamberth_
THE HONORABLE ROYCE C. LAMBERTH
United States District Judge