UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**MPD COMMANDER JASON BAGSHAW**, *et al.*,<br><br>Defendants. | Civil Action No. 24-cv-02388-RCL |

### NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as counsel for Defendants Kristine Alemania, Gregory Alemian, David Augustine, Collin Cole, David Collins, Anthony Delborrell, James Dennings, Frantz Fulcher, Matthew Guo, Justus Hsu, Gregory Jackson, Christopher John, Lansana Kamara, Mahmoud Kessba, Alec Kurz, Christopher Miller, Michael Muzzey, Mark Namdar, Robert Parker, David Randolph, Abanoub Rezkalla, Dany Rivera-Euceda, Jean Laurin Samedi, Jeffrey Sipes, Brian Sullivan, and Rebecca Villatoro.

Dated: December 17, 2024.            Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*

RICHARD P. SOBIECKI [500163]
Assistant Attorney General
Civil Litigation Division
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7512
richard.sobiecki@dc.gov

*Counsel for Defendants*