UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JASON BAGSHAW**, *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-02388-RCL |

**DISTRICT DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendants District of Columbia, Jason Bagshaw, Kristine Alemania, Gregory Alemian, David Augustine, Collin Cole, David Collins, Anthony Delborrell, James Dennings, Frantz Fulcher, Matthew Guo, Justus Hsu, Gregory Jackson, Christopher John, Lansana Kamara, Mahmoud Kessba, Alec Kurz, Christopher Miller, Michael Muzzey, Mark Namdar, Robert Parker, David Randolph, Abanoub Rezkalla, Dany Rivera-Euceda, Jean Laurin Samedi, Jeffrey Sipes, Brian Sullivan, and Rebeca Villatoro (collectively, District Defendants) move under Rule 6(b)(1)(A) for an extension of the deadline to respond to Plaintiffs' Amended Complaint [19]. The District Defendants' current deadline to respond to the Amended Complaint is December 20, 2024, and District Defendants seek an extension until January 21, 2025.

The Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause supports an extension of the District Defendants' deadline to respond to the Amended Complaint.

On October 21, 2024, Defendants District of Columbia and Commander Bagshaw, who at that time had been the only District Defendants served with the Complaint, moved to extend their time to respond to the Complaint [15].  Having been informed by Plaintiffs that they intended to file an amended complaint by November 15, 2024, that would add additional MPD officers as defendants, and anticipating that those additional defendants would also be represented by the D.C. Office of the Attorney General (OAG) but would be served at different times and therefore have different response deadlines, the Parties' plan was to have a single response deadline for all District Defendants.  The Court granted the District's and Commander Bagshaw's motion to extend and set December 20, 2024, as the deadline to respond for all District Defendants [16].

In the interim, Plaintiffs named as Defendants all MPD officers who reported to the scene of the alleged events (more than 40 officers).  Undersigned counsel did not anticipate having to arrange representation for more than 40 officers, several of whom are no longer District employees.  While OAG has entered an appearance on behalf of 27 individual defendants, it is still in the process of determining whether the remaining individual defendants will request representation from OAG, although it expects that most if not all will.  To facilitate that process, the District Defendants are seeking additional time to respond to the Amended Complaint.

The Parties have conferred as required by Local Rule 7(m), and Plaintiffs consent to this extension.  This is the District Defendants' second motion to extend, but the first with regard to Plaintiffs' Amended Complaint.  Pursuant to Local Rule 7(a), this motion includes all supporting points of law and authority.  A proposed order follows, as required by Local Rule 7(c).

Date: December 17, 2024.                    Respectfully Submitted,

                                                             BRIAN L. SCHWALB
                                                             Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]
GREGORY KETCHAM-COLWILL [1632660]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, N.W. Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for District Defendants*