UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JASON BAGSHAW,** *et al.*,<br><br>Defendants. | **Civil Action No. 1:24-cv-02388-RCL** |

### ORDER

Upon consideration of District Defendants' Motion for an Extension of Time to Respond to the Amended Complaint (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that District Defendants shall respond to the Amended Complaint on or before January 21, 2025.

**SO ORDERED**.

Dated: _____     _____
THE HONORABLE ROYCE C. LAMBERTH
United States District Judge