UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, et. al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MPD COMMANDER JASON BAGSHAW et. al.,<br><br>        Defendants. | Civil Action No. 24-2388 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney M. Jared Littman as counsel of record for the Defendants in the above-captioned case.

Date:   December 23, 2024

Respectfully submitted,

*/s/ M. Jared Littman*
M. JARED LITTMAN
PA Bar #91646
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2523
Email: Jared.Littman@usdoj.gov

*Attorney for Defendants*