UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE**, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br>**JASON BAGSHAW**, *et al.*,<br><br>  Defendants. | Civil Action No. 1:24-cv-02388-RCL |

## ORDER

Upon consideration of the District Defendants' Motion To Stay Deadline To Respond To Amended Complaint, Or In The Alternative, For Extension Of Time To Respond To The Amended Complaint (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the District Defendants' deadline to respond to the Amended Complaint is stayed pending resolution of Plaintiffs' pending motion for early discovery from the United States Capital Police, and that within seven days of the Court's resolution of Plaintiffs' motion for discovery the Parties shall submit a joint status report with a proposed briefing schedule for Defendants' response to the Amended Complaint.

**SO ORDERED**.

Dated: _____       _____
                                   THE HONORABLE ROYCE C. LAMBERTH
                                   United States District Judge