# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SAM RISE, ET AL.,**  Plaintiffs,  v.  **MPD COMMANDER JASON BAGSHAW, ET AL.,**  Defendants. | Case No.: 1:24-cv-2388-RCL |

## MOTION TO WITHDRAW DEPARTED COLLEAGUE AS COUNSEL

Brittany Francis ("Counsel") requests approval to withdraw her departed friend and colleague, Kiah Duggins, as counsel of record for Plaintiffs and states:

1. Counsel represents the Plaintiffs in this case, as did her colleague Kiah Duggins.

2. Kiah Duggins was on the plane that crashed coming into D.C. on January 29, 2025, and she has passed away.

3. Kiah Duggins was a courageous leader, extraordinary advocate, and loving spirit, and she has made the world better and brighter for her time in it.

4. Counsel seeks to withdraw Kiah Duggins as counsel of record for Plaintiffs, with assurance to the Court that Counsel will ensure Plaintiffs are represented with the zeal and excellence they deserve and in honor of Kiah Duggins' legacy.

WHEREFORE, Counsel requests that the Court enter an order authorizing the withdrawal of Kiah Duggins as counsel of record for Plaintiffs and for such further relief as the Court deems appropriate.

Dated: February 25, 2025

/s/ <u>Brittany Francis</u>
Brittany Francis
D.C. Bar No. 90008960
Shirley LaVarco
D.C. Bar No. 90005167
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Phone: (202) 844-4975

Sumayya Saleh
D.C. Bar No. 1743427
Hamed Law
P.O. Box 25085
Washington, D.C. 20027
Phone: (202) 888-8846

Barbara Franco Olshansky
District of D.C. Bar No. NY0057
KENSINGTON CENTER FOR JUSTICE
HUMAN RIGHTS ADVOCATES
707 Beverley Road
Brooklyn, NY 11218
Phone: (650) 388-2237

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE, et al.,**<br><br>      Plaintiffs,<br><br>v.<br><br>**MPD COMMANDER JASON BAGSHAW, et al.,**<br><br>      Defendants. | Case No.: 1:24-cv-2388-RCL |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DEPARTED COLLEAGUE AS COUNSEL

Plaintiffs' Motion to Withdraw Departed Colleague as Counsel is hereby **GRANTED**.

Kiah Duggins is withdrawn as counsel of record for Plaintiffs in this matter.

SO ORDERED.

_____                                                       _____

Date                                                              HON. ROYCE C. LAMBERTH<br>                                                                    UNITED STATES DISTRICT JUDGE