UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, ET AL.,<br><br>   Plaintiffs,<br><br>v.<br><br>MPD COMMANDER JASON BAGSHAW, ET AL.,<br><br>   Defendants. | Case No.: 1:24-cv-2388 |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO OFFICIAL CAPACITY FEDERAL DEFENDANTS' MOTION TO DISMISS**

  On February 18, 2025, the U.S. Attorney's Office filed a Motion to Dismiss on behalf of the United States Capitol Police Defendants. Doc. 35. On February 24, 2025, Plaintiff's Counsel communicated with the U.S. Attorney's Office seeking their consent for a one week extension of the deadline to respond to the Motion to Dismiss (to March 11, 2025), given that Plaintiff's Counsel had lost a member of their team and needed additional time for new team members to be integrated into the case team. The U.S. Attorney's Office granted their consent. Accordingly, Plaintiffs now move for a one week extension of the deadline to respond to the Motion to Dismiss, setting the deadline for March 11, 2025.

Respectfully submitted this 25th day of February, 2025.

/s/ Brittany Francis
Brittany Francis
D.C. Bar No. 90008960
Sumayya Saleh
D.C. Bar No. 1743427
Shirley LaVarco

D.C. Bar No. 90005167
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Phone: (202) 844-4975

## CERTIFICATE OF LCvR 7(m) COMPLIANCE

On February 24, 2025 I communicated with the U.S. Attorney's Office regarding the present Motion. They consent to the relief sought herein. Because the John Doe Defendants have not yet been identified, to Plaintiffs' knowledge (informed by diligent inquiry), they do not yet have counsel.

/s/ Brittany Francis
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE, ET AL.,**<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**MPD COMMANDER JASON BAGSHAW, ET AL.,**<br><br>　　　　　Defendants. | Case No.: 1:24-cv-2388-RCL |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO OFFICIAL CAPACITY FEDERAL DEFENDANTS' MOTION TO DISMISS

Plaintiffs' Motion for Extension of Deadline to Respond to Official Capacity Federal Defendants' Motion to Dismiss is hereby **GRANTED**. Plaintiffs' deadline to respond to the Motion to Dismiss is extended to March 11, 2025.

SO ORDERED.

_____　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　HON. ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE