UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MPD COMMANDER JASON BAGSHAW, ET AL., <br><br> Defendants. | Case No.: 1:24-cv-2388-RCL |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DEPARTED COLLEAGUE AS COUNSEL

Plaintiffs' Motion to Withdraw Departed Colleague as Counsel is hereby **GRANTED**.

Kiah Duggins is withdrawn as counsel of record for Plaintiffs in this matter. The Court extends its sympathy to Ms. Duggins' co-counsel and others.

SO ORDERED.

__2/27/25__  
Date

__Royce C. Lamberth__  
HON. ROYCE C. LAMBERTH  
UNITED STATES DISTRICT JUDGE