UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MPD COMMANDER JASON BAGSHAW, ET AL., <br><br> Defendants. | Case No.: 1:24-cv-2388-RCL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO OFFICIAL CAPACITY FEDERAL DEFENDANTS' MOTION TO DISMISS**

Plaintiffs' Motion for Extension of Deadline to Respond to Official Capacity Federal Defendants' Motion to Dismiss is hereby **GRANTED**. Plaintiffs' deadline to respond to the Motion to Dismiss is extended to March 11, 2025. *The Court expresses its sympathy for plaintiffs and their counsel*

SO ORDERED.

_2/27/25_  
Date

_Royce C. Lamberth_  
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE