UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM RISE, *et al.*,

    *Plaintiffs*,

v.

JASON BAGSHAW, *et al.*,

    *Defendants*.

Case No. 1:24-cv-2388-RCL

## ORDER

Upon consideration of the defendants' Motion to Dismiss the plaintiffs' claims against the federal defendants (named and unnamed officers of the U.S. Capitol Police) in their official capacities [ECF No. 35], the defendants' Motion to Dismiss the plaintiffs' claims against the federal defendants in their individual capacities [ECF No. 46], the responses, replies, and surreply thereto, and the entire record herein, and for the reasons contained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss the plaintiffs' official capacity claims against the federal defendants is **DENIED AS MOOT**; and it is further

**ORDERED** that the Motion to Dismiss the plaintiffs' individual capacity claims against the federal defendants is **GRANTED**; and it is further

**ORDERED** that, within 30 days of this Order's issuance, the plaintiffs shall provide the Court with a list of the federal defendants' names, to the extent that they are known to the plaintiffs, so that the Court may ensure that they are properly dismissed as defendants in this dispute.

Date: May  13 , 2025

                                                          */s/ Royce C. Lamberth*
                                                          Royce C. Lamberth
                                                          United States District Judge