September 18, 2025

Hon. Royce C. Lamberth
U.S. District Court for the District of Columbia,
333 Constitution Avenue, N.W.,
Washington D.C. 20001

*Via ECF Filing*

                                      Re: Rise v. Bagshaw et al. | 24-CV-2388
                                                        *List of Federal Defendants*

Dear Judge Lamberth,

In compliance with this Court's May 13, 2025 order, Plaintiffs emailed to chambers and opposing counsel a list of federal defendants to be dismissed from this lawsuit on May 22, 2025. To ensure this correspondence was received and to facilitate entry of final judgment, Plaintiffs now file on the docket a copy of their prior email to chambers (attached).

Thank you,

/s/Alessandro Clark-Ansani

| | |
|---|---|
| Brittany Francis | Alessandro Clark-Ansani |
| D.C. Bar No. 90008960 | D.C. Bar No. 90018563 |
| Shirley LaVarco | CIVIL RIGHTS CORPS |
| D.C. Bar No. 90005167 | 1601 Connecticut Ave. NW, Suite 800 |
| PEOPLES' COUNSEL | Washington, D.C. 20009 |
| 1900 W. Gray Street, | Phone: (202) 844-4975 |
| P.O. Box 130442 | |
| Houston, TX 77219 | Sumayya Saleh |
| Phone: (713)659-9920 | D.C. Bar No. 1743427 |
| | HAMED LAW |
| | P.O. Box 25085 |
| | Washington, D.C. 20027 |
| | Phone: (202) 888-8846 |