

Brittany Francis <brittany@civilrightscorps.org>

# [Rise v. Bagshaw] List of USCP Defendants Per Court Order Doc. No. 57
1 message

**Brittany Francis** <brittany@civilrightscorps.org>   Thu, May 22, 2025 at 10:36 AM
To: lamberth_chambers@dcd.uscourts.gov, Shirley LaVarco <shirley@civilrightscorps.org>, "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>, "James.Joyce@uscp.gov" <James.Joyce@uscp.gov>, "Thomas.DiBiase@uscp.gov" <Thomas.DiBiase@uscp.gov>, "Karen D." <Karen.Miller@uscp.gov>, "Aaron M." <Aaron.Wilensky@uscp.gov>, "Lisa N." <Lisa.Walters@uscp.gov>, "Miller, Jenny M." <Jenny.Miller@uscp.gov>, Sumayya Saleh <sumayya@hamedlaw.com>, Mister Ringler <mister@civilrightscorps.org>, Tashawn Reagon <tashawn@civilrightscorps.org>, Alessandro Clark-Ansani <alessandro@civilrightscorps.org>, "Littman, Jared (USADC)" <Jared.Littman@usdoj.gov>

Dear Chambers,

Plaintiffs' counsel in Rise v. Bagshaw, 24-CV-2388, writes as directed to provide the Court with a list of USCP Defendants to be dismissed from the case pursuant to the Court's May 13, 2025 order (Doc. No. 57).

- Kyle O'Keefe
- Khan, Badge Number 7960 (full name unknown)
- Zach Piazza, Badge Number 7538
- Yordanos Tessema
- Joseph Sobnosky IV

Best,

Brittany N. Francis (she/her)
Deputy Director of Litigation
Civil Rights Corps
**Admitted to practice in New York, the District of Columbia, and Texas**