UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, TAMAR JUNE, SONALEE RASHATWAR, ALDEN DIRKS, VERONICA MOSQUEDA, SHARMIN HOSSAIN, TREACY GAFFNEY, NOELLE GORMAN, and BETH GEN,<br><br>Plaintiffs<br><br>v.<br><br>MPD COMMANDER JASON BAGSHAW, et al.,<br><br><br>Defendants. | Case No.: 24-2388 (RCL) |

## MOTION TO WITHDRAW ATTORNEY SHIRLEY LAVARCO AS COUNSEL FOR PLAINTIFFS

Under Local Rule 83.6, the undersigned requests to withdraw as counsel for Plaintiffs in this matter. I am leaving the law firm of Peoples' Counsel and am unable to continue representing Plaintiff. Plaintiffs will continue to be represented by Brittany Francis at Peoples' Counsel, Sumayya Saleh at Hamed Law, Alessandro Clark-Ansani at Civil Rights Corps, and Barbara Franco Olshansky at the Kensington Center for Justice. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

Dated:      November 2, 2025

Respectfully submitted,

/s/ Shirley LaVarco

| | |
|---|---|
| Brittany Francis<br>D.C. Bar No. 90008960<br>Shirley LaVarco<br>D.C. Bar No. 90005167<br>Peoples' Counsel<br>1900 W. Gray Street<br>P.O. Box 130442<br>Houston, TX 77219<br>Phone: (713) 659-9920<br><br>Alessandro Clark-Ansani<br>D.C. Bar No. 90018563<br>CIVIL RIGHTS CORPS<br>1601 Connecticut Ave. NW, Suite 800<br>Washington, D.C. 20009<br>Phone: (202) 844-4975 | Sumayya Saleh<br>D.C. Bar No. 1743427<br>Hamed Law<br>P.O. Box 25085<br>Washington, D.C. 20027<br>Phone: (202) 888-8846<br><br>Barbara Franco Olshansky<br>District of D.C. Bar No. NY0057<br>KENSINGTON CENTER FOR JUSTICE<br>HUMAN RIGHTS ADVOCATES<br>707 Beverley Road<br>Brooklyn, NY 11218<br>Phone: (650) 388-2237 |

*Counsel for Plaintiffs*

### Certificate of Service

I certify that on November 2, 2025, a true and correct copy of this document was properly served on counsel of record via electronic filing.

/s/ Shirley LaVarco

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM RISE, TAMAR JUNE, SONALEE RASHATWAR, ALDEN DIRKS, VERONICA MOSQUEDA, SHARMIN HOSSAIN, TREACY GAFFNEY, NOELLE GORMAN, and BETH GEN,<br><br>PlaintiffS<br><br>v.<br><br>MPD COMMANDER JASON BAGSHAW, et al.,<br><br>Defendants. | Case No.: 24-2388 (RCL) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY SHIRLEY LAVARCO AS COUNSEL FOR PLAINTIFFS**

Under Local Rule 83.6, undersigned counsel requests to withdraw as counsel for Plaintiff in this matter because she has left the law firm of Peoples' Counsel and is unable to continue representing Plaintiffs. Plaintiffs will continue to be represented by Brittany Francis at Peoples' Counsel, Sumayya Saleh at Hamed Law, Alessandro Clark-Ansani at Civil Rights Corps, and Barbara Franco Olshansky at the Kensington Center for Justice. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

It is therefore ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel for Plaintiff is hereby GRANTED.

_____

Hon. Royce C. Lamberth
United States District Court Judge