UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE**, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>**MPD COMMANDER JASON BAGSHAW**, *et al.*,<br><br>         Defendants. | Case No.: 24-2388 (RCL) |

### MOTION TO WITHDRAW ATTORNEY ALESSANDRO CLARK-ANSANI AS COUNSEL FOR PLAINTIFFS

Under Local Rule 83.6, the undersigned requests to withdraw as counsel for Plaintiffs in this matter. Leonard Laurenceau, a different attorney from my organization, Civil Rights Corps, will be taking over my responsibilities on this matter. Plaintiffs will continue to be represented by Brittany Francis at Peoples' Counsel, Sumayya Saleh at Hamed Law, Leonard Laurenceau at Civil Rights Corps, and Barbara Franco Olshansky at the Kensington Center for Justice. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

Dated: November 14, 2025

Respectfully submitted,

/s/ Alessandro Clark-Ansani

| | |
|---|---|
| Brittany Francis<br>D.C. Bar No. 90008960<br>Peoples' Counsel<br>1900 W. Gray Street<br>P.O. Box 130442<br>Houston, TX 77219<br>Phone: (713) 659-9920<br><br>Alessandro Clark-Ansani<br>D.C. Bar No. 90018563<br>CIVIL RIGHTS CORPS<br>1601 Connecticut Ave. NW, Suite 800<br>Washington, D.C. 20009<br>Phone: (202) 844-4975 | Sumayya Saleh<br>D.C. Bar No. 1743427<br>Hamed Law<br>P.O. Box 25085<br>Washington, D.C. 20027<br>Phone: (202) 888-8846<br><br>Barbara Franco Olshansky<br>District of D.C. Bar No. NY0057<br>KENSINGTON CENTER FOR JUSTICE<br>HUMAN RIGHTS ADVOCATES<br>707 Beverley Road<br>Brooklyn, NY 11218<br>Phone: (650) 388-2237<br><br>*Counsel for Plaintiffs* |

### Certificate of Service

I certify that on November 14, 2025, a true and correct copy of this document was properly served on counsel of record via electronic filing.

/s/ Alessandro Clark-Ansani

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM RISE, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MPD COMMANDER JASON BAGSHAW, ET AL.,**<br><br>Defendants. | Case No.: 1:24-cv-2388-RCL |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DEPARTED COLLEAGUE AS COUNSEL**

Plaintiffs' Motion to Withdraw Attorney Alessandro Clark-Ansani as Counsel for Plaintiffs is hereby **GRANTED**. Alessandro Clark-Ansani is withdrawn as counsel of record for Plaintiffs in this matter.

SO ORDERED.

_____                                        _____
Date                                                                    HON. ROYCE C. LAMBERTH
                                                                              UNITED STATES DISTRICT JUDGE